# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: RAYMOND CHRISTOPHER SHAFFER  
      LAUREN RAE SHAFFER  
      Debtor(s)

Case No.: 16-13119 EEB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Adam Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/01/2016.
2) The plan was confirmed on 11/09/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 05/01/2017.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/27/2017, 02/10/2017.
5) The case was completed on 09/06/2017.
6) Number of months from filing or conversion to last payment: 17.
7) Number of months case was pending: 23.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 97,065.00.
10) Amount of unsecured claims discharged without full payment: 4,937.91.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $128,523.33 | |
| Less amount refunded to debtor: | $822.67 | |
| **NET RECEIPTS:** | | $127,700.66 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,615.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $12,710.15 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $16,325.15 |
| Attorney fees paid and disclosed by debtor: | $20.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLY BANK | Secured | NA | 1,119.14 | 1,119.14 | 1,119.14 | .00 |
| ALLY BANK | Secured | NA | 16,523.35 | 15,348.75 | 15,348.75 | .00 |
| ALLY BANK | Unsecured | NA | 998.35 | 998.35 | 998.35 | .00 |
| ALLY FINANCIAL Q | Secured | 16,378.00 | NA | NA | .00 | .00 |
| BECKET & LEE LLP | Unsecured | NA | 1,109.17 | 1,109.17 | 1,109.17 | .00 |
| BECKET & LEE LLP | Unsecured | NA | 504.74 | 504.74 | 504.74 | .00 |
| CACH, LLC | Unsecured | NA | 1,068.64 | 1,068.64 | 1,068.64 | .00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 734.88 | 734.88 | 734.88 | .00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 990.12 | 990.12 | 990.12 | .00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 865.45 | 865.45 | 865.45 | .00 |
| CAVALRY SPVI, LLC | Unsecured | NA | 394.68 | 394.68 | 394.68 | .00 |
| CHASE AUTO FINANCE | Secured | 13,641.00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | Unsecured | 2,342.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: RAYMOND CHRISTOPHER SHAFFER  
LAUREN RAE SHAFFER  
Debtor(s)

Case No.: 16-13119 EEB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CLEAR CREEK SURGERY CTR | Unsecured | 1,300.00 | NA | NA | .00 | .00 |
| COMENITY CAPITAL BANK/PAYPAL CRE | Unsecured | NA | 3,271.66 | 3,271.66 | 3,271.66 | .00 |
| COMENITY CAPITAL BANK/PAYPAL CRE | Unsecured | NA | 2,777.44 | 2,777.44 | 2,777.44 | .00 |
| DEPARTMENT OF EDUCATION | Unsecured | NA | 31,560.47 | 31,560.47 | 31,560.47 | .00 |
| DEPARTMENT STORE NATIONAL BANK | Unsecured | NA | 2,399.21 | 2,399.21 | 2,399.21 | .00 |
| FRONT RANGE ORTHOPEDICS | Unsecured | 60.00 | NA | NA | .00 | .00 |
| JP MORGAN CHASE BANK NA | Secured | NA | 941.71 | 941.71 | 941.71 | .00 |
| JP MORGAN CHASE BANK NA | Secured | NA | 13,726.14 | 12,937.63 | 12,937.63 | .00 |
| KAY JEWELERS | Unsecured | 142.52 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | Unsecured | 200.95 | NA | NA | .00 | .00 |
| MERRICK BANK | Unsecured | NA | 1,602.49 | 1,602.49 | 1,602.49 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 3,566.02 | 3,566.02 | 3,566.02 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 450.24 | 450.24 | 450.24 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 1,293.07 | 1,293.07 | 1,293.07 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 817.03 | 817.03 | 817.03 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 2,172.04 | 2,172.04 | 2,172.04 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 1,579.88 | 1,579.88 | 1,579.88 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 2,576.27 | 2,576.27 | 2,576.27 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | NA | 854.95 | 854.95 | 854.95 | .00 |
| PLATTE VALLEY MED CENTER | Unsecured | 517.44 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 1,085.49 | 1,085.49 | 1,085.49 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 782.57 | 782.57 | 782.57 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 466.49 | 466.49 | 466.49 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 682.99 | 682.99 | 682.99 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 816.34 | 816.34 | 816.34 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 1,602.05 | 1,602.05 | 1,602.05 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 4,363.38 | 4,363.38 | 4,363.38 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 193.56 | 193.56 | 193.56 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 641.89 | 641.89 | 641.89 | .00 |
| QUANTUM 3 GROUP | Secured | NA | 8.70 | 8.70 | 8.70 | .00 |
| QUANTUM 3 GROUP | Unsecured | NA | 2,477.41 | 2,477.41 | 2,477.41 | .00 |
| QUANTUM 3 GROUP, AS AGENT FOR | Secured | NA | 144.36 | 144.42 | 144.42 | .00 |
| QUANTUM3 GROUP LLC AS AGENT FOF | Unsecured | NA | 429.48 | 429.48 | 429.48 | .00 |
| QUANTUM3 GROUP LLC AS AGENT FOF | Unsecured | NA | 454.86 | 454.86 | 454.86 | .00 |
| QUANTUM3 GROUP LLC AS AGENT FOF | Unsecured | NA | 629.36 | 629.36 | 629.36 | .00 |
| SPECIAL CLASS FOUR | Unsecured | NA | .00 | .00 | .00 | .00 |
| SPRINT NEXTEL | Unsecured | NA | 767.34 | 767.34 | 767.34 | .00 |
| TD BANK USA, NA | Unsecured | NA | 2,180.74 | 2,180.74 | 2,180.74 | .00 |
| US BANK | Unsecured | 375.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | Secured | NA | 3,542.95 | .00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: RAYMOND CHRISTOPHER SHAFFER  
      LAUREN RAE SHAFFER  
      Debtor(s)

Case No.: 16-13119 EEB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | Unsecured | NA | 517.63 | 517.63 | 517.63 | .00 |
| WELLS FARGO HOME MORTGAG | Secured | 191,819.00 | NA | NA | .00 | .00 |
| WORLDS FOREMOST BANK | Unsecured | NA | 1,196.78 | 1,196.78 | 1,196.78 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|   Mortgage Ongoing: | .00 | .00 | .00 |
|   Mortgage Arrearage: | .00 | .00 | .00 |
|   Debt Secured by Vehicle: | 30,500.35 | 30,500.35 | .00 |
|   All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 30,500.35 | 30,500.35 | .00 |
| **Priority Unsecured Payments:** | | | |
|   Domestic Support Arrearage: | .00 | .00 | .00 |
|   Domestic Support Ongoing: | .00 | .00 | .00 |
|   All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 80,875.16 | 80,875.16 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $16,325.15 |
| Disbursements to Creditors: | $111,375.51 |
| **TOTAL DISBURSEMENTS:** | $127,700.66 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 03/14/2018      By: /s/Adam Goodman  
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.